SHW LIQUIDATING CORP. v. DIRECTOR, DIVISION
OF TAXATION.

May 10, 1988.

Petition for certification denied.

SOMERSET COUNTY COLLEGE v. SOMERSET COUNTY COL-
LEGE FACULTY FEDERATION, LOCAL 2375, AFT, AFL–CIO.

May 10, 1988.

Petition for certification granted.

CYNTHIA HENRY v. SHOP–RITE OF WATCHUNG.

May 10, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. CARMEN
MICHAEL LA BRUNO, JR.

May 10, 1988.

Petition for certification denied.